UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BENJAMIN WILKES** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:12-cv-0047-JD-APR |
| | ) | |
| v. | ) | |
| | ) | |
| **CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff Benjamin Wilkes, by Counsel, and comes now also Defendant Capital One Bank (USA) National Association, by Counsel, and the parties stipulate and agree that all issues regarding Plaintiff's Complaint have been fully compromised and settled and that Plaintiff's Complaint as against Capital One Bank (USA) National Association, should be dismissed with prejudice.

Dated:  October 10, 2013

/s/ Melissa Wilkes
Melissa Wilkes, #28132-29
Wilkes Law Firm
200 Ferry Street, Suite D
Lafayette, IN 47901

/s/ Erin L. Hoffman
Erin L. Hoffman (MN #0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-766-7000 telephone
erin.hoffman@FaegreBD.com